BARNSTABLE COUNTY
**Public Docket Report**

---

**1872CV00522 Cooney, Timothy vs. Unum Life Insurance Company of America**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Contract / Business Cases | **FILE DATE:** | 09/28/2018 |
| **ACTION CODE:** | A06 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Insurance Contract | | |
| **CASE DISPOSITION DATE** 11/23/2018 | | **CASE STATUS :** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE :** | 11/23/2018 |
| **CASE JUDGE:** | | **CASE SESSION:** | Second Session |

### DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Service | 12/27/2018 | 10/22/2018 |
| Answer | 01/28/2019 | 11/23/2018 |
| Rule 12/19/20 Served By | 01/28/2019 | 11/23/2018 |
| Rule 15 Served By | 01/28/2019 | 11/23/2018 |
| Rule 15 Filed By | 02/25/2019 | 11/23/2018 |
| Rule 12/19/20 Filed By | 02/25/2019 | 11/23/2018 |
| Rule 12/19/20 Heard By | 03/27/2019 | 11/23/2018 |
| Rule 15 Heard By | 03/27/2019 | 11/23/2018 |
| Discovery | 07/25/2019 | 11/23/2018 |
| Rule 56 Served By | 08/26/2019 | 11/23/2018 |
| Rule 56 Filed By | 09/23/2019 | 11/23/2018 |
| Final Pre-Trial Conference | 01/21/2020 | 11/23/2018 |
| Judgment | 09/28/2020 | 11/23/2018 |

### PARTIES

| | |
|---|---|
| **Plaintiff**<br>Cooney, Timothy<br>4 Quiet Street<br>East Sandwich, MA 02537 | **Private Counsel**     687355<br>Jonathan Thomas Macedo<br>Murray Law Office<br>Murray Law Office<br>2 Center Plaza Suite 620<br>Boston, MA 02108<br>Work Phone (617) 720-4411<br>Added Date: 09/28/2018 |
| **Defendant**<br>Unum Life Insurance Company of America<br>One Fountain Square<br>Chattanooga, TN 37402 | **Private Counsel**     546394<br>Joseph M Hamilton<br>Mirick,O'Connell,DeMallie & Lougee<br>Mirick,O'Connell,DeMallie & Lougee<br>100 Front St<br>Worcester, MA 01608<br>Work Phone (508) 791-8500<br>Added Date: 10/30/2018 |



**COMMONWEALTH OF MASSACHUSETTS**
**BARNSTABLE COUNTY**
**Public Docket Report**

## FINANCIAL DETAILS

| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|------|------------------------|---------|------|-----------|---------|
| 09/28/2018 | Civil Filing Fee (per Plaintiff)<br>Receipt: 11009 Date: 09/28/2018 | 240.00 | 240.00 | 0.00 | 0.00 |
| 09/28/2018 | Civil Security Fee (G.L. c. 262, § 4A)<br>Receipt: 11009 Date: 09/28/2018 | 20.00 | 20.00 | 0.00 | 0.00 |
| 09/28/2018 | Civil Surcharge (G.L. c. 262, § 4C)<br>Receipt: 11009 Date: 09/28/2018 | 15.00 | 15.00 | 0.00 | 0.00 |
| 09/28/2018 | Fee for Blank Summons or Writ (except Writ of Habeas Corpus) MGL 262 sec 4b Receipt: 11009 Date: 09/28/2018 | 5.00 | 5.00 | 0.00 | 0.00 |
| 11/23/2018 | Fee for Clerk's Certificate and copies.<br>Receipt: 11381 Date: 11/23/2018 | 27.60 | 27.60 | 0.00 | 0.00 |
| | **Total** | **307.60** | **307.60** | **0.00** | **0.00** |

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 09/28/2018 | 1 | Original civil complaint filed.<br><br>WITH JURY DEMAND. | |
| 09/28/2018 | 2 | Civil action cover sheet filed. | |
| 10/22/2018 | 3 | Service Returned for<br>Defendant Unum Life Insurance Company of America: Service made via regular mail;<br><br>c/o of Corporation Service Company on 10/10/18. | |
| 10/29/2018 | 4 | Party(s) file Stipulation<br>extending the time to answer the complaint until November 30, 2018<br><br>Applies To: Cooney, Timothy (Plaintiff); Unum Life Insurance Company of America (Defendant) | |
| 11/19/2018 | 5 | Notice of Removal to the United States District Court filed by<br><br>Applies To: Hamilton, Esq., Joseph M (Attorney) on behalf of Unum Life Insurance Company of America (Defendant) | |
| 11/23/2018 | | Case transferred to another court. | |

A true copy, Attest:

_____ Clerk

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT

No.   1872CV00522

I, Scott W. Nickerson, Clerk of the Superior Court within and for said County of

Barnstable, having, by law, the custody of the seal and all the records, books, documents

and papers of, or appertaining to said Court, hereby certify that the papers hereto annexed

are true copies of the papers appertaining to said Court, and on file and of record in the

Office of said Court, relating to the case of TIMOTHY COONEY, Plaintiff, vs. UNUM

LIFE INSURANCE COMPANY OF AMERICA, Defendant, case #1872CV00522.

In witness whereof, I have hereunto set

my hand and the seal of said Court, this

twenty-first day of November, 2018.

Scott W. Nickerson, Clerk-Magistrate

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
BARNSTABLE, SS

FILED    NOV 1 9 2018

_____ Clerk

BARNSTABLE, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 1872CV00522

TIMOTHY COONEY,
    Plaintiff

V.

UNUM LIFE INSURANCE COMPANY OF
AMERICA,
    Defendant

**NOTICE OF FILING**
**FOR REMOVAL**

Pursuant to 28 U.S.C. §1446(d), the defendant, Unum Life Insurance Company of

America, give notice that on October 31, 2018 they filed with the United States District Court for

the District of Massachusetts a Notice of Removal of this case from the Worcester Superior

Court to the United States District Court for the District of Massachusetts.  Pursuant to 28 U.S.C.

§1446(d), the filing of the Notice of Removal effects the removal and this Court shall proceed no

further unless and until the case is remanded.  A copy of the Notice of Removal is attached

hereto.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

By its attorney,


Joseph M. Hamilton
BBO #546394
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: November 15, 2018

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Jonathan T. Macedo, Vincent A. Murray, Jr., Murray Law Office, 2 Center Plaza, Suite 620, Boston, MA 02108.


Joseph M. Hamilton, Esq.

Dated: November 15, 2018

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



TIMOTHY COONEY,
  Plaintiff

V.

UNUM LIFE INSURANCE COMPANY OF
AMERICA,
  Defendant

CIVIL ACTION NO.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1440 and 1446, the defendant, Unum Life Insurance Company

of America ("Unum Life"), removes this action to the United States District Court for the

District of Massachusetts. The grounds for removal are as follows:

1.     On September 28, 2018, the plaintiff filed this action in Barnstable Superior

Court, Civil Action No. 1872CV00522.

2.     On October 11, 2018, Unum Life was served with the Summons and Complaint.

(A copy of the Summons and Complaint for the defendant is attached as **Exhibit A**).

Accordingly, this Notice of Removal is being filed within the time period required by law,

28 U.S.C. § 1446(b).

## Diversity of Citizenship

3.     The plaintiff is a resident of East Sandwich, Massachusetts. (Complaint, ¶3).

4.     The defendant, Unum Life, is incorporated in Maine and has a principal place of

business in Portland, Maine.

(Client Matter/16310/00189/A5721103.DOCX)

**Amount in Controversy**

5.       The plaintiff seeks, among other things, disability benefits from November 14,

2017 to the present. (Complaint, ¶12). As of November 2017, the gross monthly benefit payable

under the Unum Life policy is $7,500. Thus, the amount of benefits sought by the plaintiff as of

the time he filed his Complaint is over $75,000. While Unum Life denies any liability for the

claims asserted by the plaintiff, the amount of the matter in controversy exceeds $75,000.

6.       Because the amount in controversy in this case exceeds the sum or value of

$75,000 and is between citizens of different states, as set forth in 28 U.S.C. § 1332, this case is

subject to removal pursuant to 28 U.S.C. § 1441(a).

UNUM LIFE INSURANCE COMPANY
OF AMERICA

By its attorneys,

_____/s/ Joseph M. Hamilton_____
Joseph M. Hamilton, BBO #546394
Kevin Kam, BBO #685846
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:     (508) 791-8502
jhamilton@mirickoconnell.com
kkam@mirickoconnell.com

Dated: October 31, 2018

CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that this document(s), filed through the ECF
system will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered
participants on October 31, 2018.

_____/s/ Joseph M. Hamilton_____
Joseph M. Hamilton

# EXHIBIT A

## Commonwealth of Massachusetts

BARNSTABLE, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _1872 CV 00522_

_Timothy Looney_ , PLAINTIFF(S),

v.

_Unum Life Ins. Co. Of America_ DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO _Unum Life Ins. Co. of America_ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the **Barnstable Superior** Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your signed original response with the Clerk's Office for Civil Business, **Superior** Court, **by mail or in person to: 3195 Main Street, Barnstable, MA 02630**

   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: _Murray Law Office/2 Center Plaza St. 620 Boston, MA 02108_

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

4.   **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.   **Required Information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20____. (SEAL)

Scott W. Nickerson
Clerk-Magistrate

*Scott W. Nickerson*

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on *October 10*_____, 20 *18*, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

*By First Class Mail to Unum Life Insurance Company of America c/o Corporation Service Company at 84 State Street, Boston, MA 02109*

Dated: *10/10/18*____, 20____        Signature: _____

*Steven Zawacki's*

N.B.      TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

RECEIVED

OCT 1 0 2018

DIVISION OF INSURANCE

SUPERIOR COURT
BARNSTABLE, SS

FILED   SEP 2 8 2018

*Scott L. Nickerson* Clerk

IN THE SUPERIOR COURT OF
BARNSTABLE COUNTY, MASSACHUSETTS

TIMOTHY COONEY,                              CASE NO.:

18 72CV572

    Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____/

## COMPLAINT FOR DISABILITY INSURANCE BENEFITS

COMES NOW, Plaintiff, Timothy Cooney, by and through undersigned counsel hereby files his Complaint against the Defendant, Unum Life Insurance Company of America, and says:

## JURISDICTION & VENUE

1.    This is an action for damages in excess of Twenty-Five Thousand Dollars ($25,000.00), exclusive of interest and costs.

2.    Plaintiff, Timothy Cooney (hereinafter "Mr. Cooney"), was at all times material hereto a citizen of Barnstable County, Massachusetts and a resident of East Sandwich, Massachusetts.

3.    Defendant Unum Life Insurance Company of America (hereinafter "Defendant Unum") is a foreign not-for-profit corporation doing business in Massachusetts, where it maintains and office and engages in the sale of disability income insurance policies.

<u>Facts</u>

4.    At all times material to this action there was in full force and effect a group

insurance policy for long-term disability benefits, policy number 572683 001, constituting a

binding contract of insurance between the parties. The policy is attached hereto as Exhibit "A".

5.    Defendant Unum issued and delivered the long-term disability policy to Allstate

Insurance. The purpose of this policy was to insure all of Allstate's exclusive independent

contractors in active service in the United States in the event that they became unable to work

due to an injury or sickness.

6.    At the time of his disability, Mr. Cooney was an exclusive independent contractor

in active service in the United States for Allstate. As a result, Mr. Cooney was an eligible

participant of the long-term policy at all times material to this action.

7.    The purpose of the policy was to compensate Ms. Cooney with a monthly benefit

in the event he became Disabled in accordance with the terms of the policy.

8.    According to the provisions of the long-term policy, Disability is defined as:

> You are disabled when Unum determines that you are limited from
> preforming the **material and substantial duties** of you **regular
> occupation** due to your **sickness or injury.**

> After 24 months of disability payments, you are disabled when
> Unum determines that due to the same sickness or injury, you are
> unable to perform the duties of any **gainful occupation** for which
> you are reasonably fitted by education, training or experience.

9.    Following a root canal on a tooth in his left lower jaw on March 17, 2015, Mr.

Cooney started experiencing severe pain in his jaw in areas corresponding with his trigeminal

nerve. He now suffers from multiple medical conditions and symptoms, including, but not

limited to: trigeminal neuralgia, carpel tunnel syndrome, fibromyalgia, left knee pain

attributable to itiotibial band syndrome, and residual left upper extremity pain and weakness following a remote C-spine fusions in 2014.

10.     Due to a Disability, as defined by the policy, Mr. Cooney became limited from performing the material and substantial duties of his own occupation and thus became disabled effective March 18, 2015.

11.     In accordance with the procedures set forth by the policy, Ms. Cooney timely notified Defendant Unum that he was disabled.

12.     Based on information provided, Unum approved and paid Mr. Cooney's claim for benefits from September 14, 2015 through November 14, 2017.

13.     By letter dated December 15, 2017, Defendant Unum informed Ms. Cooney that it was terminating his claim for long-term disability benefits.

14.     By letter dated June 12, 2018, Ms. Cooney appealed Defendant Unum's decision to terminate his claim for disability benefits.

15.     By letter dated July 20, 2018, Defendant Unum denied Mr. Cooney's appeal for disability benefits.

16.     The termination of disability benefits constitutes a breach of the policy issued by Defendant Unum.

17.     Plaintiff has been required to retain an attorney to enforce the policy and is entitled to reasonable attorney's fees.

## BREACH OF CONTRACT

The Plaintiff realleges paragraphs 1 through 17 of this complaint and says:

18.     The Plaintiff has suffered and continues to suffer from a disability, as defined in the policy issued by the Defendant. The Plaintiff is receiving appropriate care and treatment,

and his disability renders him unable to perform the duties of his own and any occupation.

19.     The Plaintiff has complied with all provisions and conditions precedent prior to filing suit.

20.     The Defendant, under the terms of its contract of insurance, is indebted to the Plaintiff for past due monthly benefits plus interest, and to pay his monthly benefits, as they come due, through age 65.

21.     The Defendant has refused to honor its obligations under the policy of insurance.

22.     By refusing to make payments which are due under the terms of the policy, Defendant breached the terms of the policy.

WHEREFORE, Plaintiff, Timothy Cooney, demands judgment against Defendant, Unum Life Insurance Company of America, for all contractual benefits, pre-judgment interest, paid premiums since the date of disability, costs and attorney's fees, and such further relief this Court deems just under the circumstances. Plaintiff demands jury trial on all issues so triable.

*Respectfully submitted this 25th day of September, 2018.*

BY: _____

Jonathan P. Macedo (BBO # 687355)
Macedo.jonthan@gmail.com
Vincent A. Murray, Jr. (BBO# 365120)
vmurray@murraylawoffice.com

**Murray Law Office**
2 Center Plaza, Ste. 620
Boston, MA 02108
Telephone: (617) 720-4411
Facsimile: (617) 723-5370
*Attorneys for Timothy Cooney*

AMENDMENT NO. 12

This amendment forms a part of Group Policy No. 572683 001 issued to the Policyholder:

Allstate Insurance Company

The entire policy is replaced by the policy attached to this amendment.

The effective date of these changes is January 1, 2015. The changes only apply to disabilities which start on or after the effective date.

The policy's terms and provisions will apply other than as stated in this amendment.

Dated at Portland, Maine on October 1, 2014.

Unum Life Insurance Company of America

By

Secretary

If this amendment is unacceptable, please sign below and return this amendment to Unum Life Insurance Company of America at Portland, Maine within 90 days of October 1, 2014.

**YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.**

Allstate Insurance Company

By _____
Signature and Title of Officer

Countersigned by_____
                    Licensed Agent

C.AMEND-1                    AMEND-1  (1/1/2015)



**GROUP INSURANCE POLICY
NON-PARTICIPATING**

**POLICYHOLDER:**     Allstate Insurance Company

**POLICY NUMBER:**     572663 001

**POLICY EFFECTIVE DATE:**     January 1, 2003

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:**   Mississippi

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this policy. Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions. This policy is delivered in and is governed by the laws of the governing jurisdiction. This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- members' signed applications; and
  the certificate of coverage.

This policy may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this policy. No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at Portland, Maine on the Policy Effective Date.

President                                        Secretary

**Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122**

Countersigned by _____
                        Licensed Agent

C.FP-1                    C.FP-1  (1/1/2015)

## TABLE OF CONTENTS

BENEFITS AT A GLANCE .................................................................... B@G-LTD-1

LONG TERM DISABILITY PLAN ........................................................ B@G-LTD-1

CLAIM INFORMATION ......................................................................... LTD-CLM-1

LONG TERM DISABILITY .................................................................... LTD-CLM-1

POLICYHOLDER PROVISIONS ........................................................... POLICYHOLDER-1

CERTIFICATE SECTION ....................................................................... CC.FP-1

GENERAL PROVISIONS ....................................................................... MEMBER-1

LONG TERM DISABILITY ..................................................................... LTD-BEN-1

BENEFIT INFORMATION ...................................................................... LTD-BEN-1

OTHER BENEFIT FEATURES .............................................................. LTD-OTR-1

OTHER SERVICES ................................................................................ SERVICES-1

GLOSSARY ............................................................................................. GLOSSARY-1

**TOC-1  (1/1/2015)**

## BENEFITS AT A GLANCE

### LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began. In some cases, you can receive disability payments even if you work while you are disabled.

**POLICYHOLDER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**     January 1, 2003

**PLAN YEAR:**   January 1, 2003 to January 1, 2004 and each following January 1 to January 1

**POLICY NUMBER:**     572885 001

**ELIGIBLE GROUP(S):**

All Exclusive Independent Contractors in active service in the United States with the Policyholder

**WHO PAYS FOR THE COVERAGE:**

You pay the cost of your coverage.

**ELIMINATION PERIOD:**

**All members who elect to participate in the 90-day elimination period option**
90 days

**All members who elect to participate in the 180-day elimination period option**
180 days

**All members who elect to participate in the 365-day elimination period option**
365 days

**All members who elect to participate in the 730-day elimination period option**
730 days

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

During the first 12 months of disability payments:

60% of monthly earnings to a maximum benefit of $7,500 per month.

Beyond 12 months of disability payments:

50% of monthly earnings to a maximum benefit of $7,500 per month.

**Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.**

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |

B@G-LTD-1 (1/1/2015)

| Age 68 | 15 months |
| Age 69 and over | 12 months |

No premium payments are required for your coverage while you are receiving payments under this plan.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $1,000 per month.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**DEPENDENT CARE EXPENSE BENEFIT:**

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, you may receive payments to cover certain dependent care expenses limited to the following amounts:

Dependent Care Expense Benefit Amount:  $350 per month, per dependent

Dependent Care Expense Maximum Benefit Amount:  $1,000 per month for all eligible dependent care expenses combined

**TOTAL BENEFIT CAP:**

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.  However, if you are participating in Unum's Rehabilitation and Return to Work Assistance program, the total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 110% of your monthly earnings.

**OTHER FEATURES:**

Continuity of Coverage

Minimum Benefit

Pre-Existing: 3/12

Survivor Benefit

Work Life Assistance Program

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

**The plan includes enrollment, risk management and other support services related to your Employer's Benefit Program.**

B@G-LTD-2  **(1/1/2015)**

## CLAIM INFORMATION

## LONG TERM DISABILITY

### WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Unum written proof of your claim no later than 90 days after your elimination period. If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from the Allstate Benefits Center, or you can request a claim form from us. If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You and the Policyholder must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the regular care of a physician;
- the appropriate documentation of your monthly earnings and disability earnings;
  the date your disability began;
  the cause of your disability;
  the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any hospital or institution where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 45 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

### WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

LTD-CLM-1  (1/1/2015)

fraud;
– any error Unum makes in processing a claim; and
· your receipt of deductible sources of income.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

**LTD-CLM-2  (1/1/2015)**

## POLICYHOLDER PROVISIONS

*WHAT IS THE COST OF THIS INSURANCE?*

### LONG TERM DISABILITY

The initial premium for each plan is based on the initial rate(s) shown in the Rate Information Amendment(s).

### WAIVER OF PREMIUM

Unum does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

### RATE GUARANTEE AND RATE CHANGES

A change in premium rate will not take effect before January 1, 2015. However, Unum may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

- a change occurs in this plan design;
  a division, subsidiary, or affiliated company is added or deleted;
  the number of insured's changes by 25% or more; or
  a new law or a change in any existing law is enacted which applies to this plan.

Unum will notify the Policyholder in writing at least 60 days before a premium rate is changed. A change may take effect on an earlier date when both Unum and the Policyholder agree.

### INITIAL RATE GUARANTEE AND RATE CHANGES

Refer to the Rate Information Amendment(s).

### WHEN IS PREMIUM DUE FOR THIS POLICY?

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The Policyholder must send all premiums to Unum on or before their respective due date. The premium must be paid in United States dollars.

### WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?

Premium increases or decreases, for other than salary changes, which take effect during a policy month are adjusted and due on the next premium due date following the change. Changes will not be pro-rated daily.

Premium increases or decreases due to salary changes should be adjusted on the first day of the next plan year.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

POLICYHOLDER-1 (1/1/2015)

Unum will only adjust premium for the current policy year and the prior policy year. In the case of fraud, premium adjustments will be made for all policy years.

## WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?

The Policyholder must provide Unum with the following on a regular basis:

- Information about members:
  - who are eligible to become insured;
  - whose amounts of coverage change; and/or
  - whose coverage ends;
  occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

Policyholder records that, in Unum's opinion, have a bearing on this policy will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum will not:

- prevent a member from receiving coverage;
- affect the amount of an insured's coverage; or
- cause a member's coverage to begin or continue when the coverage would not otherwise be effective.

## WHO CAN CANCEL OR MODIFY THIS POLICY OR A PLAN UNDER THIS POLICY?

This policy or a plan under this policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or modify this policy or a plan if:

- there is less than 25% participation of those eligible members who pay all or part of their premium for a plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 10 members are insured under a plan;
- the premium is not paid in accordance with the provisions of this policy that specify whether the Policyholder, the member, or both, pay(s) the premiums;
- the Policyholder does not promptly report to Unum the names of any members who are added or deleted from the eligible group;
- Unum determines that there is a significant change, in the size, occupation or age of the eligible group as a result of a corporate transaction such as a merger, divestiture, acquisition, sale, or reorganization of the Policyholder and/or its members; or
- the Policyholder fails to pay any portion of the premium within the 60 day grace period.

If Unum cancels or modifies this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the

POLICYHOLDER-2 (1/1/2015)

Policyholder at least 120 days prior to the cancellation date or modification date. The Policyholder may cancel this policy or a plan if the modifications are unacceptable.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify the policy or plan automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a payable claim.

**DIVISIONS, SUBSIDIARIES OR AFFILIATED COMPANIES INCLUDE:**

NAME/LOCATION (CITY AND STATE)

Allstate New Jersey Insurance Company
Bridgewater, New Jersey

**OPEN ENROLLMENT:**

There will be an open enrollment period starting on October 20, 2014 and ending on November 7, 2014 for late applicants. Evidence of insurability will not be required during this open enrollment period for late applicants, excluding those employees whose evidence of insurability form was previously disapproved. The effective date of insurance for employees who enroll in the plan during the open enrollment period will be January 1, 2015.

POLICYHOLDER-3 (1/1/2015)

## CERTIFICATE SECTION

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction. When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

CC.FP-1 (1/1/2015)

# GENERAL PROVISIONS

## WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

## WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for the Policyholder in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the date you enter an eligible group.

## WHEN DOES YOUR COVERAGE BEGIN?

You pay 100% of the cost yourself. You will be covered at 12:01 a.m. on the latest of:

   the date you are eligible for coverage, if you apply for insurance on or before that date;
   the date you are eligible for coverage, if you apply within 31 days after your eligibility date; or
   the date Unum approves your application, if evidence of insurability is required.

Evidence of insurability is required if you:

- are a late applicant, which means you apply for coverage more than 31 days after the date you are eligible for coverage; or
- voluntarily cancelled your coverage and are reapplying.

An evidence of insurability form can be obtained from the Allstate Benefits Center.

## WHEN CAN YOU APPLY FOR COVERAGE IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE OR IF YOU VOLUNTARILY CANCELLED YOUR COVERAGE AND ARE REAPPLYING?

You can apply for coverage only during an annual enrollment period. Evidence of insurability is required.

Unum and the Policyholder determine when the annual enrollment period begins and ends. Your coverage will begin at 12:01 a.m. on the later of:

- the first day of the next plan year (January 1); or
- the date Unum approves your application.

An evidence of insurability form can be obtained from the Allstate Benefits Center

## WHEN CAN YOU CHANGE YOUR COVERAGE?

MEMBER-1  (1/1/2015)

If you are covered under the plan, you can change your election any time during the plan year. Evidence of insurability is required if you decrease your current elimination period.

The change will be effective the later of:

- the date you elect the change in coverage; or
- the date Unum approves your application, if evidence of insurability is required.

*WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?*

If you are absent from work due to injury or sickness, your coverage will begin on the date you return to active service.

*WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?*

Once your coverage begins, any increased or additional coverage will take effect immediately if you are in active service. If you are not in active service due to injury or sickness, any increased or additional coverage will begin on the date you return to active service.

Any decrease in coverage will take effect immediately but will not affect a payable claim that occurs prior to the decrease.

*WHEN DOES YOUR COVERAGE END?*

Your coverage under the Policy or a plan ends on the earliest of:

- the date the Policy or a plan is cancelled;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions;
- the date you are no longer in an eligible group; or
- the date you are no longer in active service.

Unum will provide coverage for a payable claim which occurs while you are covered under the Policy or plan.

*WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?*

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

*HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?*

Unum considers any statements you or the Policyholder make in a signed application for coverage a representation and not a warranty. If any of the statements you or the Policyholder make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

MEMBER-2  (1/1/2015)

Standard Form   11 Copy   Thing   Secur #   15069968

We will use only statements made in a signed application as a basis for doing this.

If the Policyholder gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

### HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and the Policyholder do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

### DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

### DOES THE POLICYHOLDER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, the Policyholder acts on its own behalf or as your agent. Under no circumstances will the Policyholder be deemed the agent of Unum.

**MEMBER-3 (1/1/2015)**

## LONG TERM DISABILITY

## BENEFIT INFORMATION

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

You must be under the regular care of a physician in order to be considered disabled.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

### HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

All members who elect to participate in the 90-day elimination period option You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 90 days.

During your elimination period you will be considered disabled if:

- you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and
- you are under the regular care of a physician.

All members who elect to participate in the 180-day elimination period option You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 180 days.

During your elimination period you will be considered disabled if:

- you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and

LTD-BEN-1   (1/1/2015)

- you are under the regular care of a physician.

**All members who elect to participate in the 365-day elimination period option**
You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 365 days.

**All members who elect to participate in the 730-day elimination period option**
You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 730 days.

### *CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?*

Yes. If you are working while you are disabled, the days you are disabled will count toward your elimination period.

### *WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?*

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment monthly for any period for which Unum is liable.

### *HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?*

We will follow this process to figure your payment:

During the first 12 months of disability payments:

1. Multiply your monthly earnings by 60%.
2. The maximum monthly benefit is $7,500.
3. Compare the answer from item 1 with the maximum monthly benefit. The lesser of these two amounts is your gross disability payment.
4. Subtract from your gross disability payment any deductible sources of income.

The amount figured in item 4 is your monthly payment.

Beyond 12 months of disability payments:

1. Multiply your monthly earnings by 50%.
2. The maximum monthly benefit is $7,500.
3. Compare the answer from item 1 with the maximum monthly benefit. The lesser of these two amounts is your gross disability payment.
4. Subtract from your gross disability payment any deductible sources of income.

The amount figured in item 4 is your monthly payment.

LTD-BEN-2  (1/1/2015)

### *WILL UNUM EVER PAY MORE THAN 100% OF MONTHLY EARNINGS?*

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings. However, if you are participating in Unum's Rehabilitation and Return to Work Assistance program, the total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 110% of your monthly earnings.

### *WHAT ARE YOUR MONTHLY EARNINGS?*

If you have been an Exclusive Independent Contractor for at least twenty-four full calendar months as of the August 1st prior to the January 1st prior to your date of disability, Monthly Earnings are an average of your eligible compensation, as defined by Allstate Insurance Company, from Allstate Insurance Company and its affiliates for that twenty-four full calendar month period ended as of the August 1st prior to the January 1st prior to your date of disability.

If you have been an Exclusive Independent Contractor for less than twenty-four full calendar months as of the August 1st prior to the January 1st prior to your date of disability, Monthly Earnings are the greater of an average of your eligible compensation, as defined by Allstate Insurance Company, from Allstate Insurance Company, and its affiliates for the period of employment ended as of the August 1st prior to the January 1st prior to your date of disability, or $2,500.

Eligible compensation, as defined by Allstate Insurance Company, is comprised of wage types with a QAE indicator and reported to you, or an entity that you have a whole or partial ownership interest in, as Current Earnings on your Commission Payment Notifications.

### *HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND RECEIVING DISABILITY EARNINGS?*

If you are disabled, Unum will figure your payment as follows:

During the first 12 months of payments, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 90% of indexed monthly earnings.

1.  Add your monthly disability earnings to your gross disability payment.
2.  Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 90% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 90% of your indexed monthly earnings, Unum will subtract the amount over 90% from your monthly payment.

During the next 12 months, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 80% of indexed monthly earnings.

1.  Add your monthly disability earnings to your gross disability payment.
2.  Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 80% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 80% of your indexed monthly earnings, Unum will subtract the amount over 80% from your monthly payment.

Beyond 24 months, Unum will subtract from your monthly payment any disability earnings you receive.

During the first 12 months of disability payments, if your monthly disability earnings exceed 90% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Beyond 12 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly. We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

### HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless:

- during the first 12 months of disability payments, the average of your disability earnings from the last 3 months exceeds 90% of indexed monthly earnings; or
- beyond 12 months of disability payments, the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

### WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1. The amount that you receive or are entitled to receive under:

   - a workers' compensation law.
   - an occupational disease law.
   - any other act or law with similar intent.

**LTD-BEN-4  (1/1/2015)**

2. The amount that you receive or are entitled to receive as disability income payments under any:

   - state compulsory benefit act or law.
   - other group insurance plan.

3. The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

   - the United States Social Security Act.
   - the Canada Pension Plan.
   - the Quebec Pension Plan.
   - any similar plan or act.

4. The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

   - the United States Social Security Act.
   - the Canada Pension Plan.
   - the Quebec Pension Plan.
   - any similar plan or act.

5. The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

### *WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?*

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from a former Employer
- individual retirement accounts (IRA)
- individual disability income plans
- no fault motor vehicle plans

**LTD-BEN-5  (1/1/2015)**

Claimant Name: Timothy Johnson

### WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

### WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

### WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1, 2 and 3 in the deductible sources of income section, we will estimate your entitlement to these benefits.  We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1, 2 and 3 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form.  This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed.  In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given.  If no time period is stated, we will use a reasonable one.

### HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

Unum will send you a payment each month up to the maximum period of payment. Your maximum period of payment is based on your age at disability as follows:

LTD-BEN-6  (1/1/2015)

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

## WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

    during the first 24 months of payments, when you are able to work in your regular occupation on a part-time basis but you choose not to;
    after 24 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
    the end of the maximum period of payment;
    the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;
-   the date you fail to submit proof of continuing disability;
-   after 12 months of payments if you are considered to reside outside the United States or Canada. You will be considered to reside outside these countries when you have been outside the United States or Canada for a total period of 6 months or more during any 12 consecutive months of benefits;
-   during the first 12 months of disability payments, if your monthly disability earnings exceed 90% of your indexed monthly earnings;
-   beyond 12 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings;
-   the date you die.

## WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

The lifetime cumulative maximum benefit period for all disabilities due to mental illness and disabilities based primarily on self-reported symptoms is 24 months. Only 24 months of benefits will be paid for any combination of such disabilities even if the disabilities:

    are not continuous; and/or
    are not related.

Unum will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1.  If you are confined to a hospital or institution at the end of the 24 month period, Unum will continue to send you payments during your confinement.

LTD-BEN-7  (1/1/2015)

If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2.  In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

## WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- loss of a professional license, occupational license or certification.
- commission of a crime for which you have been convicted.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

## WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

LTD-BEN-8  (1/1/2015)

Claimant Name  Timothy Looney    Claim #:  1722364

**_WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME WITH THE_**
**_POLICYHOLDER AND YOUR DISABILITY OCCURS AGAIN?_**

If you have a recurrent disability, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between the end of your prior claim and your recurrent disability; and
  your recurrent disability occurs within 6 months from the end of your prior claim.

Your recurrent disability will be subject to the same terms of the plan as your prior claim and will be treated as a continuation of that disability.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions, including the elimination period.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

**LTD-BEN-9 (1/1/2015)**

# LONG TERM DISABILITY

## OTHER BENEFIT FEATURES

### *WHAT BENEFITS WILL BE PROVIDED TO YOU OR YOUR FAMILY IF YOU DIE OR ARE TERMINALLY ILL? (Survivor Benefit)*

When Unum receives proof that you have died, we will pay your eligible survivor a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

You may receive your 3 month survivor benefit prior to your death if you have been diagnosed as terminally ill.

We will pay you a lump sum amount equal to 3 months of your gross disability payment if:

you have been diagnosed with a terminal illness or condition;
your life expectancy has been reduced to less than 12 months; and
you are receiving monthly payments.

Your right to exercise this option and receive payment is subject to the following:

you must make this election in writing to Unum; and
your physician must certify in writing that you have a terminal illness or condition and your life expectancy has been reduced to less than 12 months.

This benefit is available to you on a voluntary basis and will only be payable once.

If you elect to receive this benefit prior to your death, no 3 month survivor benefit will be payable upon your death.

### *WHAT IF YOU ARE NOT IN ACTIVE SERVICE WHEN THE POLICYHOLDER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)*

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active service because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier. Unum will reduce your payment by any amount for which your prior carrier is liable.

**LTD-OTR-1  (1/1/2015)**

*WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN THE POLICYHOLDER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)*

Unum may send a payment if your disability results from a pre-existing condition if, you were:

– in active service and insured under the plan on its effective date; and
– insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy item 1 or 2 above, Unum will not make any payments.

If you satisfy item 1, we will determine your payments according to the Unum plan provisions.

If you only satisfy item 2, we will administer your claim according to the Unum plan provisions. However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

### HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program, at our sole discretion. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to active involvement at the agency location or gainful employment in another occupation. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

We will make the final determination of your eligibility for participation in the program.

LTD-OTR-2  (1/1/2015)

Claimant Name: Timothy Keeney    Claim #: LC532249

We will provide you with a written *Rehabilitation and Return to Work Assistance* plan developed specifically for you.

The rehabilitation program may include at our sole discretion, but is not limited to, the following services and benefits:

- coordination with the Policyholder to assist you to return to work;
  adaptive equipment or job accommodations to allow you to work;
  vocational evaluation to determine how your disability may impact your
  employment options;
  job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

### WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $1,000 per month.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income. However, the Total Benefit Cap will apply.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

### WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?

Benefits for the Rehabilitation and Return to Work Assistance program will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which monthly payments would stop in accordance with this plan.

### WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR DEPENDENT CARE EXPENSES TO ENABLE YOU TO PARTICIPATE IN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, we will pay a Dependent Care Expense Benefit when you are disabled and you:

1.  are incurring expenses to provide care for a child under the age of 15; and/or

LTD-OTR-3  (1/1/2015)

2. start incurring expenses to provide care for a child age 15 or older or a family member who needs personal care assistance.

The payment of the Dependent Care Expense Benefit will begin immediately after you start Unum's Rehabilitation and Return to Work Assistance program.

Our payment of the Dependent Care Expense Benefit will:

1. be $350 per month, per dependent; and
2. not exceed $1,000 per month for all dependent care expenses combined.

To receive this benefit, you must provide satisfactory proof that you are incurring expenses that entitle you to the Dependent Care Expense Benefit.

Dependent Care Expense Benefits will end on the earlier of the following:

1. the date you are no longer incurring expenses for your dependent;
2. the date you no longer participate in Unum's Rehabilitation and Return to Work Assistance program; or
3. any other date payments would stop in accordance with this plan.

**LTD-OTR-4  (1/1/2015)**

## OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

### IS THERE A WORK LIFE ASSISTANCE PROGRAM AVAILABLE WITH THE PLAN?

We do provide you and your dependents access to a work life assistance program designed to assist you with problems of daily living.

You can call and request assistance for virtually any personal or professional issue, from helping find a day care or transportation for an elderly parent, to researching possible colleges for a child, to helping to deal with the stress of the workplace. This work life program is available for everyday issues as well as crisis support.

This service is also available to the Policyholder.

This program can be accessed by a 1-800 telephone number available 24 hours a day, 7 days a week or online through a website.

Information about this program can be obtained through your Allstate Benefits Center.

### HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to return to active service. One of our designated professionals will assist you to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

– $1,000; or
– the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

### HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

· you to receive Medicare after 24 months of disability payments;
· you to protect your retirement benefits; and
  your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

**SERVICES-1  (1/1/2015)**

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

# GLOSSARY

**ACTIVE SERVICE means:**

you are working under an Exclusive Independent Contractor agreement with the Policyholder;
- you are actively involved in the conduct of business at the agency location; and
- you are performing the material and substantial duties of your regular occupation.

**ANNUAL ENROLLMENT PERIOD** means a period of time before the beginning of each plan year.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

**DEPENDENT means:**

your child(ren) under the age of 15; and
your child(ren) age 15 or over or a family member who requires personal care assistance.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled including, but not limited to, commissions (renewal and otherwise) and eligible compensation as defined by Allstate Insurance Company received during a period of disability, regardless of whether you are working or not, plus the earnings you could receive if you were working to your maximum capacity.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EVIDENCE OF INSURABILITY** means a statement of your medical history which Unum will use to determine if you are approved for coverage. Evidence of insurability will be at Unum's expense.

**EXCLUSIVE INDEPENDENT CONTRACTOR means:**

- a person who is contracted under one of the following agreements with the Policyholder:

Allstate R3001 Exclusive Agency Agreement
Allstate R3001S Exclusive Agency Agreement
Allstate R3001 N.J. Exclusive Agency Agreement; or
Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement; or

- a person who is identified as a Key Person under one of the following agreements:

Allstate R3001A  Exclusive Agency Agreement
Allstate R3001C Exclusive Agency Agreement
Allstate R3001A N.J. Exclusive Agency Agreement; or
Allstate L2000C Exclusive Financial Specialist Independent Contractor Agreement.

Claimant Name: Timothy  Cooley      Claim #: 1092484

**GAINFUL OCCUPATION** means an occupation that is or can be expected to provide you with an income at least equal to your gross disability payment within 12 months of your return to work.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-U) is published by the U.S. Department of Labor. Unum reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-U.

Indexing is only used as a factor in the determination of the percentage of lost earnings while you are disabled and working and in the determination of gainful occupation.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

- during the first 24 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.
- beyond 24 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MEMBER** means an Exclusive Independent Contractor who is in active service in the United States with the Policyholder.

GLOSSARY-2  (1/1/2015)

**MENTAL ILLNESS** means a psychiatric or psychological condition classified in the Diagnostic and Statistical Manual of Mental Health Disorders (DSM), published by the American Psychiatric Association, most current as of the start of a disability. Such disorders include, but are not limited to, psychotic, emotional or behavioral disorders, or disorders relatable to stress. If the DSM is discontinued or replaced, these disorders will be those classified in the diagnostic manual then used by the American Psychiatric Association as of the start of a disability.

**MONTHLY BENEFIT** means the total benefit amount for which a member is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly eligible compensation from the Policyholder as defined in the Long Term Disability Benefit Information section of the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
  a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**POLICYHOLDER** means the Allstate Insurance Company to whom the policy is issued.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

GLOSSARY-3  (1/1/2015)

Claimant Name: Timothy  Cooney        Claim #: 13523915

**REGULAR CARE** means:

> you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
> you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**SELF-REPORTED SYMPTOMS** means the manifestations of your condition which you tell your physician, that are not verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

**SICKNESS** means an illness or disease. Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**TOTAL COVERED PAYROLL** means the total amount of monthly earnings for which members are insured under this plan.

**WE, US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means a member who is eligible for Unum coverage.

**GLOSSARY-4  (1/1/2015)**

Additional Claim and Appeal Information

### APPLICABILITY OF ERISA

If this policy provides benefits under a Plan which is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the following provisions apply. Whether a Plan is governed by ERISA is determined by a court, however, the Policyholder may have information related to ERISA applicability. If ERISA applies, the following items constitute the Plan: the additional information contained in this document, the policy, including your certificate of coverage, and any additional summary plan description information provided by the Plan Administrator. Benefit determinations are controlled exclusively by the policy, your certificate of coverage, and the information in this document.

## HOW TO FILE A CLAIM

If you wish to file a claim for benefits, you should follow the claim procedures described in your insurance certificate. To complete your claim filing, Unum must receive the claim information it requests from you (or your authorized representative), your attending physician and the Policyholder. If you or your authorized representative has any questions about what to do, you or your authorized representative should contact Unum directly.

## CLAIMS PROCEDURES

Unum will give you notice of the decision no later than 45 days after the claim is filed. This time period may be extended twice by 30 days if Unum both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies you of the circumstances requiring the extension of time and the date by which Unum expects to render a decision. If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days within which to provide the specified information. If you deliver the requested information within the time specified, any 30 day extension period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your claim without that information.

If your claim for benefits is wholly or partially denied, the notice of adverse benefit determination under the Plan will:

  state the specific reason(s) for the determination;

- reference specific Plan provision(s) on which the determination is based;

- describe additional material or information necessary to complete the claim and why such information is necessary;

- describe Plan procedures and time limits for appealing the determination, and your right to obtain information about those procedures and the right to bring a lawsuit under Section 502(a) of ERISA following an adverse determination from Unum on appeal; and

**ADDLINFO-1  (1/1/2015)**

disclose any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or state that such information will be provided free of charge upon request).

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

## APPEAL PROCEDURES

You have 180 days from the receipt of notice of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the claim denial. A decision on review will be made not later than 45 days following receipt of the written request for review. If Unum determines that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total). Unum will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days to provide the specified information. If you deliver the requested information within the time specified, the 45 day extension of the appeal period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, Unum will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, Unum will provide you with the names of each such expert, regardless of whether the advice was relied upon.

A notice that your request on appeal is denied will contain the following information:

the specific reason(s) for the determination;

a reference to the specific Plan provision(s) on which the determination is based;

- a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);

ADDLINFO-2  (1/1/2015)

- a statement describing your right to bring a lawsuit under Section 502(a) of ERISA
if you disagree with the decision;

the statement that you are entitled to receive upon request, and without charge,
reasonable access to or copies of all documents, records or other information
relevant to the determination; and

the statement that "You or your plan may have other voluntary alternative dispute
resolution options, such as mediation. One way to find out what may be available
is to contact your local U.S. Department of Labor Office and your State insurance
regulatory agency".

Notice of the determination may be provided in written or electronic form. Electronic
notices will be provided in a form that complies with any applicable legal
requirements.

Unless there are special circumstances, this administrative appeal process must be
completed before you begin any legal action regarding your claim.

## OTHER RIGHTS

Unum, for itself and as claims fiduciary for the Plan, is entitled to legal and equitable
relief to enforce its right to recover any benefit overpayments caused by your receipt
of deductible sources of income from a third party. This right of recovery is
enforceable even if the amount you receive from the third party is less than the
actual loss suffered by you but will not exceed the benefits paid you under the policy.
Unum and the Plan have an equitable lien over such sources of income until any
benefit overpayments have been recovered in full.

## DISCRETIONARY ACTS

The Plan, acting through the Plan Administrator, delegates to Unum and its affiliate
Unum Group discretionary authority to make benefit determinations under the Plan.
Unum and Unum Group may act directly or through their employees and agents or
further delegate their authority through contracts, letters or other documentation or
procedures to other affiliates, persons or entities. Benefit determinations include
determining eligibility for benefits and the amount of any benefits, resolving factual
disputes, and interpreting and enforcing the provisions of the Plan. All benefit
determinations must be reasonable and based on the terms of the Plan and the facts
and circumstances of each claim.

Once you are deemed to have exhausted your appeal rights under the Plan, you
have the right to seek court review under Section 502(a) of ERISA of any benefit
determinations with which you disagree. The court will determine the standard of
review it will apply in evaluating those decisions.

ADDLINFO-3  (1/1/2015)

Claimant Name: Timothy Tierney     Claim #: 10732347

## Unum's Commitment to Privacy

Unum understands your privacy is important. We value our relationship with you and are committed to protecting the confidentiality of nonpublic personal information (NPI). This notice explains why we collect NPI, what we do with NPI and how we protect your privacy.

### Collecting Information

We collect NPI about our customers to provide them with insurance products and services. This may include telephone number, address, date of birth, occupation, income and health history. We may receive NPI from your applications and forms, medical providers, other insurers, employers, insurance support organizations, and service providers.

### Sharing Information

We share the types of NPI described above primarily with people who perform insurance, business, and professional services for us, such as helping us pay claims and detect fraud. We may share NPI with medical providers for insurance and treatment purposes. We may share NPI with an insurance support organization. The organization may retain the NPI and disclose it to others for whom it performs services. In certain cases, we may share NPI with group policyholders for reporting and auditing purposes. We may share NPI with parties to a proposed or final sale of insurance business or for study purposes. We may also share NPI when otherwise required or permitted by law, such as sharing with governmental or other legal authorities. *When legally necessary, we ask your permission before sharing NPI about you.* Our practices apply to our former, current and future customers.

*Please be assured we do not share your health NPI to market any product or service.* We also do not share any NPI to market non-financial products and services. For example, we do not sell your name to catalog companies.

The law allows us to share NPI as described above (except health information) with affiliates to market financial products and services. The law does not allow you to restrict these disclosures. We may also share with companies that help us market our insurance products and services, such as vendors that provide mailing services to us. We may share with other financial institutions to jointly market financial products and services. *When required by law, we ask your permission before we share NPI for marketing purposes.*

When other companies help us conduct business, we expect them to follow applicable privacy laws. We do not authorize them to use or share NPI except when necessary to conduct the work they are performing for us or to meet regulatory or other governmental requirements.

Unum companies, including insurers and insurance service providers, may share NPI about you with each other. The NPI might not be directly related to our transaction or experience with you. It may include financial or other personal information such as employment history. Consistent with the Fair Credit Reporting Act, we ask your permission before sharing NPI that is not directly related to our transaction or experience with you.

### Safeguarding Information

We have physical, electronic and procedural safeguards that protect the confidentiality and security of NPI. We give access only to employees who need to know the NPI to provide insurance products or services to you.

GLB-1  (1/1/2015)

Claimant Name  Timothy Parker     Claim #   053XXXX

**Access to Information**

You may request access to certain NPI we collect to provide you with insurance products and services. You must make your request in writing and send it to the address below. The letter should include your full name, address, telephone number and policy number if we have issued a policy. If you request, we will send copies of the NPI to you. If the NPI includes health information, we may provide the health information to you through a health care provider you designate. We will also send you information related to disclosures. We may charge a reasonable fee to cover our copying costs.

This section applies to NPI we collect to provide you with coverage. It does not apply to NPI we collect in anticipation of a claim or civil or criminal proceeding.

**Correction of Information**

If you believe NPI we have about you is incorrect, please write to us. Your letter should include your full name, address, telephone number and policy number if we have issued a policy. Your letter should also explain why you believe the NPI is inaccurate. If we agree with you, we will correct the NPI and notify you of the correction. We will also notify any person who may have received the incorrect NPI from us in the past two years if you ask us to contact that person.

If we disagree with you, we will tell you we are not going to make the correction. We will give you the reason(s) for our refusal. We will also tell you that you may submit a statement to us. Your statement should include the NPI you believe is correct. It should also include the reason(s) why you disagree with our decision not to correct the NPI in our files. We will file your statement with the disputed NPI. We will include your statement any time we disclose the disputed NPI. We will also give the statement to any person designated by you if we may have disclosed the disputed NPI to that person in the past two years.

**Coverage Decisions**

If we decide not to issue coverage to you, we will provide you with the specific reason(s) for our decision. We will also tell you how to access and correct certain NPI.

**Contacting Us**

For additional information about Unum's commitment to privacy and to view a copy of our HIPAA Privacy Notice, please visit www.unum.com/privacy or www.coloniallife.com or write to: Privacy Officer, Unum, 2211 Congress Street, C476, Portland, Maine 04122. We reserve the right to modify this notice. We will provide you with a new notice if we make material changes to our privacy practices.

Unum is providing this notice to you on behalf of the following insuring companies: Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, Colonial Life & Accident Insurance Company, The Paul Revere Life Insurance Company and The Paul Revere Variable Annuity Insurance Company.

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.

MK-1883 (2-11)

GLB-2  (1/1/2015)

### NOTICE OF PROTECTION PROVIDED BY
### MISSISSIPPI LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

This notice provides a brief summary of the Mississippi Life and Health Insurance Guaranty Association (the "Association") and the protection it provides for policyholders. This safety net was created under Mississippi law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, annuity or health insurer becomes financially unable to meet its obligations. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Mississippi law, with funding from assessments paid by other insurance companies.

The maximum amount of protection with respect to any one (1) life, regardless of the number of policies or contracts, is:

- Life Insurance
  - $300,000 in death benefits
  - $100,000 in net cash surrender and net cash withdrawal values

  Health Insurance
  $500,000 in basic hospital, medical and surgical or major medical benefits
  $300,000 in disability benefits
  $100,000 in long term care insurance benefits
  $100,000 in other types of health insurance benefits

  Annuities
  - $100,000 in net cash surrender and net cash withdrawal values

The Association may not cover this policy. If coverage is provided, it will be subject to substantial limitations and exclusions, and require continued residency in Mississippi. You should not rely on coverage by the Association when selecting an insurer.

To learn more about the above protections, limitations and exclusions, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.msllfega.org or contact:

**Mississippi Life and Health Insurance**
**Guaranty Association**
**330 North Mart Plaza**
**Jackson, MS 39206-5327**
**601-981-0755**

**Mississippi Insurance Department**
**Woolfolk Building**
**501 N. West Street, Suite 1001**
**Jackson, MS 39201**
**601-359-3569**

To file a complaint or seek information about the financial condition of an insurer, contact the Mississippi Insurance Department.

Your insurer is required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation or inducement to purchase any form of insurance.

### NOTICE OF PROTECTION PROVIDED BY
### ILLINOIS LIFE AND HEALTH INSURANCE

**GUAR-1  (1/1/2015)**

## GUARANTY ASSOCIATION

This notice provides a brief summary description of the Illinois Life and Health
Insurance Guaranty Association (the "Association") and the protection it provides for
policyholders. This safety net was created under Illinois law, which determines who and
what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your
member life, annuity or health insurance company becomes financially unable to meet
its obligations and is placed in Receivership by the Insurance Department of the state in
which the company is domiciled. If this should happen, the Association will typically
arrange to continue coverage and pay claims, in accordance with Illinois law, with
funding from assessments paid by other insurance companies.

The basic protections provided by the Association per insolvency are:

- Life Insurance
  - $300,000 in death benefits
  - $100,000 in cash surrender or withdrawal values

  Health Insurance
    $500,000 in hospital, medical and surgical insurance benefits*
    $300,000 in disability insurance benefits
    $300,000 in long term care insurance benefits
    $100,000 in other types of health insurance benefits

- Annuities
  - $250,000 in withdrawal and cash values

*The maximum amount of protection for each individual, regardless of the number of
policies or contracts, is $300,000, except special rules apply to hospital, medical and
surgical insurance benefits, the maximum amount that will be paid is $500,000.

NOTE: Certain policies and contracts may not be covered or fully covered. For
example, coverage does not extend to any portion of a policy or contract that the insurer
does not guarantee, such as certain investment additions to the account value of a
variable life insurance policy or a variable annuity contract. There are also residency
requirements and other limitations under Illinois law.

To learn more about these protections, as well as protections relating to group contracts
or retirement plans, please visit the Association's website at www.ilhiga.org, or contact:

Illinois Life and Health Insurance Guaranty Association
1520 Kensington Road, Suite 112
Oak Brook, Illinois 60523-2140
(773) 714-8050

Illinois Department of Insurance
4th Floor
320 West Washington Street,
Springfield, Illinois 62767
(217) 782-4515

Insurance companies and agents are not allowed by Illinois law to use the
existence of the Association or its coverage to encourage you to purchase any
form of insurance. When selecting an insurance company, you should not rely

GUAR-2  (1/1/2015)

on Association coverage. If there is any inconsistency between this notice and Illinois law, then Illinois law will control.

GUAR-3 (1/1/2015)

SUPERIOR COURT
BARNSTABLE, SS.

FILED   OCT 2 9 2018

_Scott L. Nickerson_ Clerk

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS.                                   SUPERIOR ~~COURT DEPARTMENT~~
                                                  OF THE TRIAL COURT
                                                  CIVIL ACTION NO. 1872CV00522

TIMOTHY COONEY,
        Plaintiff

        V.                                        STIPULATION TO EXTEND TIME

UNUM LIFE INSURANCE COMPANY OF
AMERICA,
        Defendant

        The parties to this action, pursuant to Massachusetts Rule of Civil Procedure 6(b), hereby

stipulate that the time within which the defendant, Unum Life Insurance Company of America,

may answer or otherwise serve a responsive pleading to the Complaint is extended to

November 30, 2018.

TIMOTHY COONEY                                    UNUM LIFE INSURANCE COMPANY
                                                  OF AMERICA

By his attorneys,                                By its attorneys,


_Jonathan T. Macedo_                             _Joseph M. Hamilton_
Jonathan T. Macedo, #687355                      Joseph M. Hamilton, BBO #546394
Vinent A. Murray, Jr., #365120                   Kevin Kam, BBO #685846
Murray Law Office                                Mirick, O'Connell, DeMallie & Lougee, LLP
2 Center Plaza, Suite 620                        100 Front Street
Boston, MA 02108                                 Worcester, MA 01608-1477
Phone:  617-720-4411                             Phone: (508) 791-8500
Fax:  617-723-5370                               Fax:    (508) 791-8502

Dated: October 2 4, 2018

{Client Matter/16310/00189/A5721969.DOCX}

CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Jonathan T. Macedo, Vincent A. Murray, Jr., Murray Law Office, 2 Center Plaza, Suite 620, Boston, MA 02108.

Joseph M. Hamilton

Dated: October 24, 2018

SUPERIOR COURT
BARNSTABLE, SS

FILED   OCT 2 2 2018

_Scott L. Nickerson_ Clerk

## **Commonwealth of Massachusetts**

BARNSTABLE, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 1872 CV 00522

Timothy Looney , PLAINTIFF(S),

v.

Unum Life Ins. Co. of America, DEFENDANT(S)

### **SUMMONS**

THIS SUMMONS IS DIRECTED TO Unum Life Co. of America . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Barnstable Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a.  Filing your **signed original** response with the Clerk's Office for Civil Business, Superior Court, by mail or in person to: 3195 Main Street, Barnstable, MA 02630

    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Murray Law Office/2 Center Plaza Ste. 620 Boston, MA 02108

3.  **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4.  **Legal Assistance**. You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.  **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20____. (SEAL)

Scott W. Nickerson
Clerk-Magistrate

*Scott W. Nickerson*

**Note:** The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _October 10_____, 20_18_, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_By First Class Mail to Unum Life Insurance Company of_
_America c/o Corporation Service Company at 84 state street,_
_Boston, MA 02109_

Dated: ___10/10/18___, 20__          Signature: _____
                                                    _Steven Zawacki's_

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

RECEIVED

OCT 1 0 2018

DIVISION OF INSURANCE
LEGAL DIVISION

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>1872CV522 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| PLAINTIFF(S):  Timothy Cooney | COUNTY |
|---|---|
| ADDRESS:  4 Quiet St. | Barnstable |
| East Sandwich, MA 02537 | DEFENDANT(S):  Unum Life Insurance Company of America |

| ATTORNEY:  Jonathan T. Macedo | |
|---|---|
| ADDRESS:  Murray Law Office | ADDRESS:  One Fountain Square |
| 2 Center Plaza, Ste. 620 | Chattanooga, TN 37402 |
| Boston, MA 02127 | |
| BBO:  687355 | |

SUPERIOR COURT
BARNSTABLE SS
FILED   SEP 2 8 2018
_Scott W. Nickerson_ Clerk

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO.<br>AO6 | TYPE OF ACTION (specify)<br>Insurance Contract | TRACK<br>F | HAS A JURY CLAIM BEEN MADE?<br>☒ YES      ☐ NO |
|---|---|---|---|

**\*If "Other" please describe:**

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................................... $ _____
2. Total doctor expenses ............................................................................. $ _____
3. Total chiropractic expenses ..................................................................... $ _____
4. Total physical therapy expenses .............................................................. $ _____
5. Total other expenses (describe below) ..................................................... $ _____
                                        **Subtotal (A):** $ _____

B. Documented lost wages and compensation to date ....................................... $ _____
C. Documented property damages to dated ...................................................... $ _____
D. Reasonably anticipated future medical and hospital expenses ....................... $ _____
E. Reasonably anticipated lost wages ............................................................... $ _____
F. Other documented items of damages (describe below) .................................. $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                            **TOTAL (A-F):** $ _____

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):
Breach of ERISA-exempt long-term disability policy

           **TOTAL:** $   1,120,000.00

**Signature of Attorney/Pro Se Plaintiff: X** _[signature]_         **Date:** 9/25/18

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record: X**                     **Date:**

SUPERIOR COURT
BARNSTABLE, SS

FILED   SEP 2 8 2018

_Scott L. Nickerson_ Clerk

IN THE SUPERIOR COURT OF
BARNSTABLE COUNTY, MASSACHUSETTS

TIMOTHY COONEY,                      CASE NO.:

18 72 CV 522

    Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____ /

## COMPLAINT FOR DISABILITY INSURANCE BENEFITS

COMES NOW, Plaintiff, Timothy Cooney, by and through undersigned counsel hereby

files his Complaint against the Defendant, Unum Life Insurance Company of America, and

says:

### JURISDICTION & VENUE

1.    This is an action for damages in excess of Twenty-Five Thousand Dollars

($25,000.00), exclusive of interest and costs.

2.    Plaintiff, Timothy Cooney (hereinafter "Mr. Cooney"), was at all times material

hereto a citizen of Barnstable County, Massachusetts and a resident of East Sandwich,

Massachusetts.

3.    Defendant Unum Life Insurance Company of America (hereinafter "Defendant

Unum") is a foreign not-for-profit corporation doing business in Massachusetts, where it

maintains and office and engages in the sale of disability income insurance policies.

## Facts

4.      At all times material to this action there was in full force and effect a group

insurance policy for long-term disability benefits, policy number 572683 001, constituting a

binding contract of insurance between the parties. The policy is attached hereto as Exhibit "A".

5.      Defendant Unum issued and delivered the long-term disability policy to Allstate

Insurance. The purpose of this policy was to insure all of Allstate's exclusive independent

contractors in active service in the United States in the event that they became unable to work

due to an injury or sickness.

6.      At the time of his disability, Mr. Cooney was an exclusive independent contractor

in active service in the United States for Allstate. As a result, Mr. Cooney was an eligible

participant of the long-term policy at all times material to this action.

7.      The purpose of the policy was to compensate Ms. Cooney with a monthly benefit

in the event he became Disabled in accordance with the terms of the policy.

8.      According to the provisions of the long-term policy, Disability is defined as:

>   You are disabled when Unum determines that you are limited from
>   preforming the **material and substantial duties** of you **regular
>   occupation** due to your **sickness** or **injury**.

>   After 24 months of disability payments, you are disabled when
>   Unum determines that due to the same sickness or injury, you are
>   unable to perform the duties of any **gainful occupation** for which
>   you are reasonably fitted by education, training or experience.

9.      Following a root canal on a tooth in his left lower jaw on March 17, 2015, Mr.

Cooney started experiencing severe pain in his jaw in areas corresponding with his trigeminal

nerve. He now suffers from multiple medical conditions and symptoms, including, but not

limited to: trigeminal neuralgia, carpel tunnel syndrome, fibromyalgia, left knee pain

attributable to itiotibial band syndrome, and residual left upper extremity pain and weakness following a remote C-spine fusions in 2014.

10.     Due to a Disability, as defined by the policy, Mr. Cooney became limited from performing the material and substantial duties of his own occupation and thus became disabled effective March 18, 2015.

11.     In accordance with the procedures set forth by the policy, Ms. Cooney timely notified Defendant Unum that he was disabled.

12.     Based on information provided, Unum approved and paid Mr. Cooney's claim for benefits from September 14, 2015 through November 14, 2017.

13.     By letter dated December 15, 2017, Defendant Unum informed Ms. Cooney that it was terminating his claim for long-term disability benefits.

14.     By letter dated June 12, 2018, Ms. Cooney appealed Defendant Unum's decision to terminate his claim for disability benefits.

15.     By letter dated July 20, 2018, Defendant Unum denied Mr. Cooney's appeal for disability benefits.

16.     The termination of disability benefits constitutes a breach of the policy issued by Defendant Unum.

17.     Plaintiff has been required to retain an attorney to enforce the policy and is entitled to reasonable attorney's fees.

## BREACH OF CONTRACT

The Plaintiff realleges paragraphs 1 through 17 of this complaint and says:

18.     The Plaintiff has suffered and continues to suffer from a disability, as defined in the policy issued by the Defendant. The Plaintiff is receiving appropriate care and treatment,

and his disability renders him unable to perform the duties of his own and any occupation.

19.     The Plaintiff has complied with all provisions and conditions precedent prior to filing suit.

20.     The Defendant, under the terms of its contract of insurance, is indebted to the Plaintiff for past due monthly benefits plus interest, and to pay his monthly benefits, as they come due, through age 65.

21.     The Defendant has refused to honor its obligations under the policy of insurance.

22.     By refusing to make payments which are due under the terms of the policy, Defendant breached the terms of the policy.

WHEREFORE, Plaintiff, Timothy Cooney, demands judgment against Defendant, Unum Life Insurance Company of America, for all contractual benefits, pre-judgment interest, paid premiums since the date of disability, costs and attorney's fees, and such further relief this Court deems just under the circumstances.  Plaintiff demands jury trial on all issues so triable.

*Respectfully submitted this 25th day of September, 2018.*

BY: _____
Jonathan P. Macedo (BBO # 687355)
Macedo.jonthan@gmail.com
Vincent A. Murray, Jr. (BBO# 365120)
vmurray@murraylawoffice.com

**Murray Law Office**
2 Center Plaza, Ste. 620
Boston, MA 02108
Telephone: (617) 720-4411
Facsimile: (617) 723-5370
*Attorneys for Timothy Cooney*

AMENDMENT NO.  12

This amendment forms a part of Group Policy No. 572683 001 issued to the Policyholder:

Allstate Insurance Company

The entire policy is replaced by the policy attached to this amendment.

The effective date of these changes is January 1, 2015.  The changes only apply to disabilities which start on or after the effective date.

The policy's terms and provisions will apply other than as stated in this amendment.

Dated at Portland, Maine on October 1, 2014.

Unum Life Insurance Company of America

By

Secretary

If this amendment is unacceptable, please sign below and return this amendment to Unum Life Insurance Company of America at Portland, Maine within 90 days of October 1, 2014.

**YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.**

Allstate Insurance Company

By _____
Signature and Title of Officer

Countersigned by_____
                        Licensed Agent

C.AMEND-1                    AMEND-1  (1/1/2015)

Claimant Name: Timothy   Cooney      Claim #:   10923945



**GROUP INSURANCE POLICY**
**NON-PARTICIPATING**

**POLICYHOLDER:** Allstate Insurance Company

**POLICY NUMBER:** 572683 001

**POLICY EFFECTIVE DATE:** January 1, 2003

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:** Mississippi

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this policy. Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions. This policy is delivered in and is governed by the laws of the governing jurisdiction. This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- members' signed applications; and
- the certificate of coverage.

This policy may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this policy. No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at Portland, Maine on the Policy Effective Date.

President                                    Secretary

**Unum Life Insurance Company of America**
**2211 Congress Street**
**Portland, Maine 04122**

Countersigned by_____
                        Licensed Agent

C.FP-1                        C.FP-1  (1/1/2015)

*Claimant Name:  Timothy  Cooney      Claim #:  10923945*

# TABLE OF CONTENTS

BENEFITS AT A GLANCE ...................................................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN ..........................................................................................B@G-LTD-1

CLAIM INFORMATION .........................................................................................................LTD-CLM-1

LONG TERM DISABILITY ....................................................................................................LTD-CLM-1

POLICYHOLDER PROVISIONS ............................................................................................POLICYHOLDER-1

CERTIFICATE SECTION ......................................................................................................CC.FP-1

GENERAL PROVISIONS ......................................................................................................MEMBER-1

LONG TERM DISABILITY ....................................................................................................LTD-BEN-1

BENEFIT INFORMATION .....................................................................................................LTD-BEN-1

OTHER BENEFIT FEATURES..............................................................................................LTD-OTR-1

OTHER SERVICES ..............................................................................................................SERVICES-1

GLOSSARY ..........................................................................................................................GLOSSARY-1

*Claimant Name: Timothy  Cooney      Claim #:  10923945*

# BENEFITS AT A GLANCE

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled.  The amount you receive is based on the amount you earned before your disability began.  In some cases, you can receive disability payments even if you work while you are disabled.

**POLICYHOLDER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**      January 1, 2003

**PLAN YEAR:**   January 1, 2003 to January 1, 2004 and each following January 1 to January 1

**POLICY NUMBER:**      572683  001

**ELIGIBLE GROUP(S):**

    All Exclusive Independent Contractors in active service in the United States with the Policyholder

**WHO PAYS FOR THE COVERAGE:**

    You pay the cost of your coverage.

**ELIMINATION PERIOD:**

    **All members who elect to participate in the 90-day elimination period option**
    90 days

    **All members who elect to participate in the 180-day elimination period option**
    180 days

    **All members who elect to participate in the 365-day elimination period option**
    365 days

    **All members who elect to participate in the 730-day elimination period option**
    730 days

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

    During the first 12 months of disability payments:

    60% of monthly earnings to a maximum benefit of $7,500 per month.

    Beyond 12 months of disability payments:

    50% of monthly earnings to a maximum benefit of $7,500 per month.

    **Your payment may be reduced by deductible sources of income and disability earnings.**
    **Some disabilities may not be covered or may have limited coverage under this plan.**

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |

B@G-LTD-1  (1/1/2015)

*Claimant Name: Timothy  Cooney      Claim #:  10923945*

| Age 68 | 15 months |
| Age 69 and over | 12 months |

No premium payments are required for your coverage while you are receiving payments under this plan.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $1,000 per month.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**DEPENDENT CARE EXPENSE BENEFIT:**

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, you may receive payments to cover certain dependent care expenses limited to the following amounts:

Dependent Care Expense Benefit Amount:  $350 per month, per dependent

Dependent Care Expense Maximum Benefit Amount:  $1,000 per month for all eligible dependent care expenses combined

**TOTAL BENEFIT CAP:**

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.  However, if you are participating in Unum's Rehabilitation and Return to Work Assistance program, the total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 110% of your monthly earnings.

**OTHER FEATURES:**

Continuity of Coverage

Minimum Benefit

Pre-Existing: 3/12

Survivor Benefit

Work Life Assistance Program

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

The plan includes enrollment, risk management and other support services related to your Employer's Benefit Program.

B@G-LTD-2 (1/1/2015)

# CLAIM INFORMATION

# LONG TERM DISABILITY

### WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Unum written proof of your claim no later than 90 days after your elimination period. If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from the Allstate Benefits Center, or you can request a claim form from us. If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You and the Policyholder must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care of a physician;**
- the appropriate documentation of your monthly earnings and disability earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 45 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

### WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

LTD-CLM-1  (1/1/2015)

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

LTD-CLM-2  (1/1/2015)

*Claimant Name: Timothy  Cooney     Claim #:  10923945*

# POLICYHOLDER PROVISIONS

### *WHAT IS THE COST OF THIS INSURANCE?*

## <u>LONG TERM DISABILITY</u>

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

### *WAIVER OF PREMIUM*

Unum does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

### *RATE GUARANTEE AND RATE CHANGES*

A change in premium rate will not take effect before January 1, 2015. However, Unum may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

- a change occurs in this plan design;
- a division, subsidiary, or affiliated company is added or deleted;
- the number of insured's changes by 25% or more; or
- a new law or a change in any existing law is enacted which applies to this plan.

Unum will notify the Policyholder in writing at least 60 days before a premium rate is changed. A change may take effect on an earlier date when both Unum and the Policyholder agree.

### *INITIAL RATE GUARANTEE AND RATE CHANGES*

Refer to the Rate Information Amendment(s).

### *WHEN IS PREMIUM DUE FOR THIS POLICY?*

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The **Policyholder** must send all premiums to Unum on or before their respective due date. The premium must be paid in United States dollars.

### *WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?*

Premium increases or decreases, for other than salary changes, which take effect during a policy month are adjusted and due on the next premium due date following the change. Changes will not be pro-rated daily.

Premium increases or decreases due to salary changes should be adjusted on the first day of the next plan year.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

POLICYHOLDER-1 (1/1/2015)

*Claimant Name: Timothy   Cooney      Claim #:   10923945*

Unum will only adjust premium for the current policy year and the prior policy year. In the case of fraud, premium adjustments will be made for all policy years.

**WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?**

The Policyholder must provide Unum with the following on a regular basis:

- information about members:
  - who are eligible to become insured;
  - whose amounts of coverage change; and/or
  - whose coverage ends;
- occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

Policyholder records that, in Unum's opinion, have a bearing on this policy will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum will not:

- prevent a member from receiving coverage;
- affect the amount of an insured's coverage; or
- cause a member's coverage to begin or continue when the coverage would not otherwise be effective.

**WHO CAN CANCEL OR MODIFY THIS POLICY OR A PLAN UNDER THIS POLICY?**

This policy or a plan under this policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or modify this policy or a plan if:

- there is less than 25% participation of those eligible members who pay all or part of their premium for a plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 10 members are insured under a plan;
- the premium is not paid in accordance with the provisions of this policy that specify whether the Policyholder, the member, or both, pay(s) the premiums;
- the Policyholder does not promptly report to Unum the names of any members who are added or deleted from the eligible group;
- Unum determines that there is a significant change, in the size, occupation or age of the eligible group as a result of a corporate transaction such as a merger, divestiture, acquisition, sale, or reorganization of the Policyholder and/or its members; or
- the Policyholder fails to pay any portion of the premium within the 60 day grace period.

If Unum cancels or modifies this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the

Claimant Name: Timothy   Cooney       Claim #:  10923945

Policyholder at least 120 days prior to the cancellation date or modification date. The Policyholder may cancel this policy or a plan if the modifications are unacceptable.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify the policy or plan automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim**.

### DIVISIONS, SUBSIDIARIES OR AFFILIATED COMPANIES INCLUDE:

NAME/LOCATION (CITY AND STATE)

Allstate New Jersey Insurance Company
Bridgewater, New Jersey

### OPEN ENROLLMENT:

There will be an open enrollment period starting on October 20, 2014 and ending on November 7, 2014 for late applicants. Evidence of insurability will not be required during this open enrollment period for late applicants, excluding those employees whose evidence of insurability form was previously disapproved. The effective date of insurance for employees who enroll in the plan during the open enrollment period will be January 1, 2015.

POLICYHOLDER-3  (1/1/2015)

## CERTIFICATE SECTION

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured.  You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English.  However, a few terms and provisions are written as required by insurance law.  If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern.  Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction. When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

CC.FP-1  (1/1/2015)

Claimant Name: Timothy  Cooney     Claim #:  10923945

## GENERAL PROVISIONS

### *WHAT IS THE CERTIFICATE OF COVERAGE?*

This certificate of coverage is a written statement prepared by Unum and may include attachments.  It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### *WHEN ARE YOU ELIGIBLE FOR COVERAGE?*

If you are working for the Policyholder in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the date you enter an eligible group.

### *WHEN DOES YOUR COVERAGE BEGIN?*

You pay 100% of the cost yourself.  You will be covered at 12:01 a.m. on the latest of:

- the date you are eligible for coverage, if you apply for insurance on or before that date;
- the date you are eligible for coverage, if you apply within 31 days after your eligibility date; or
- the date Unum approves your application, if **evidence of insurability** is required.

Evidence of insurability is required if you:

- are a late applicant, which means you apply for coverage more than 31 days after the date you are eligible for coverage; or
- voluntarily cancelled your coverage and are reapplying.

An evidence of insurability form can be obtained from the Allstate Benefits Center.

### *WHEN CAN YOU APPLY FOR COVERAGE IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE OR IF YOU VOLUNTARILY CANCELLED YOUR COVERAGE AND ARE REAPPLYING?*

You can apply for coverage only during an **annual enrollment period.  Evidence of insurability** is required.

Unum and the Policyholder determine when the annual enrollment period begins and ends.  Your coverage will begin at 12:01 a.m. on the later of:

- the first day of the next plan year (January 1); or
- the date Unum approves your application.

An evidence of insurability form can be obtained from the Allstate Benefits Center

### *WHEN CAN YOU CHANGE YOUR COVERAGE?*

MEMBER-1  (1/1/2015)

If you are covered under the plan, you can change your election any time during the plan year.  Evidence of insurability is required if you decrease your current elimination period.

The change will be effective the later of:

- the date you elect the change in coverage; or
- the date Unum approves your application, if evidence of insurability is required.

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury or sickness, your coverage will begin on the date you return to **active service**.

### WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage will take effect immediately if you are in active service.  If you are not in active service due to injury or sickness, any increased or additional coverage will begin on the date you return to active service.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

### WHEN DOES YOUR COVERAGE END?

Your coverage under the Policy or a plan ends on the earliest of:

- the date the Policy or a plan is cancelled;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions;
- the date you are no longer in an eligible group; or
- the date you are no longer in active service.

Unum will provide coverage for a payable claim which occurs while you are covered under the Policy or plan.

### WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

### HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

Unum considers any statements you or the Policyholder make in a signed application for coverage a representation and not a warranty.  If any of the statements you or the Policyholder make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

MEMBER-2  (1/1/2015)

We will use only statements made in a signed application as a basis for doing this.

If the Policyholder gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

### HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and the Policyholder do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

### DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

### DOES THE POLICYHOLDER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, the Policyholder acts on its own behalf or as your agent. Under no circumstances will the Policyholder be deemed the agent of Unum.

**MEMBER-3  (1/1/2015)**

## LONG TERM DISABILITY

## BENEFIT INFORMATION

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness or injury**.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

You must be under the regular care of a physician in order to be considered disabled.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

### HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

**All members who elect to participate in the 90-day elimination period option**
You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 90 days.

During your elimination period you will be considered disabled if:

- you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and
- you are under the regular care of a physician.

**All members who elect to participate in the 180-day elimination period option**
You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 180 days.

During your elimination period you will be considered disabled if:

- you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and

LTD-BEN-1  (1/1/2015)

– you are under the regular care of a physician.

**All members who elect to participate in the 365-day elimination period option**
You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 365 days.

**All members who elect to participate in the 730-day elimination period option**
You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 730 days.

### CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes. If you are working while you are disabled, the days you are disabled will count toward your elimination period.

### WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment monthly for any period for which Unum is liable.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

During the first 12 months of disability payments:

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $7,500.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

Beyond 12 months of disability payments:

1. Multiply your monthly earnings by 50%.
2. The maximum monthly benefit is $7,500.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your gross disability payment.
4. Subtract from your gross disability payment any deductible sources of income.

The amount figured in Item 4 is your monthly payment.

LTD-BEN-2 (1/1/2015)

*Claimant Name: Timothy   Cooney      Claim #:   10923945*

### WILL UNUM EVER PAY MORE THAN 100% OF MONTHLY EARNINGS?

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings. However, if you are participating in Unum's Rehabilitation and Return to Work Assistance program, the total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 110% of your monthly earnings.

### WHAT ARE YOUR MONTHLY EARNINGS?

If you have been an Exclusive Independent Contractor for at least twenty-four full calendar months as of the August 1st prior to the January 1st prior to your date of disability, Monthly Earnings are an average of your eligible compensation, as defined by Allstate Insurance Company, from Allstate Insurance Company and its affiliates for that twenty-four full calendar month period ended as of the August 1st prior to the January 1st prior to your date of disability.

If you have been an Exclusive Independent Contractor for less than twenty-four full calendar months as of the August 1st prior to the January 1st prior to your date of disability, Monthly Earnings are the greater of an average of your eligible compensation, as defined by Allstate Insurance Company, from Allstate Insurance Company, and its affiliates for the period of employment ended as of the August 1st prior to the January 1st prior to your date of disability, or $2,500.

Eligible compensation, as defined by Allstate Insurance Company, is comprised of wage types with a QAE indicator and reported to you, or an entity that you have a whole or partial ownership interest in, as Current Earnings on your Commission Payment Notifications.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND RECEIVING DISABILITY EARNINGS?

If you are disabled, Unum will figure your payment as follows:

During the first 12 months of payments, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 90% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 90% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 90% of your indexed monthly earnings, Unum will subtract the amount over 90% from your monthly payment.

During the next 12 months, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 80% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

LTD-BEN-3  (1/1/2015)

Claimant Name: Timothy  Cooney      Claim #:  10923945

If the answer from Item 1 is less than or equal to 80% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 80% of your indexed monthly earnings, Unum will subtract the amount over 80% from your monthly payment.

Beyond 24 months, Unum will subtract from your monthly payment any disability earnings you receive.

During the first 12 months of disability payments, if your monthly disability earnings exceed 90% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Beyond 12 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly. We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

### HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless:

- during the first 12 months of disability payments, the average of your disability earnings from the last 3 months exceeds 90% of indexed monthly earnings; or
- beyond 12 months of disability payments, the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

### WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1. The amount that you receive or are entitled to receive under:

    - a workers' compensation law.
    - an occupational disease law.
    - any other act or law with similar intent.

LTD-BEN-4 (1/1/2015)

2. The amount that you receive or are entitled to receive as disability income payments under any:

   - state compulsory benefit **act or law**.
   - other group insurance plan.

3. The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

   - the United States Social Security Act.
   - the Canada Pension **Plan**.
   - the Quebec Pension Plan.
   - any similar plan or act.

4. The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

   - the United States Social Security Act.
   - the Canada Pension Plan.
   - the Quebec Pension Plan.
   - any similar plan or act.

5. The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

### WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from a former Employer
- individual retirement accounts (IRA)
- individual disability income plans
- no fault motor vehicle plans

**LTD-BEN-5  (1/1/2015)**

Claimant Name: Timothy  Cooney      Claim #:   10923945

**WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)**

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

**WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?**

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

**WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?**

When we determine that you may qualify for benefits under Item(s) 1, 2 and 3 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1, 2 and 3 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

**HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?**

Unum will send you a payment each month up to the **maximum period of payment**. Your maximum period of payment is based on your age at disability as follows:

LTD-BEN-6 (1/1/2015)

Claimant Name: Timothy   Cooney       Claim #:   10923945

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

**WHEN WILL PAYMENTS STOP?**

We will stop sending you payments and your claim will end on the earliest of the following:

- during the first 24 months of payments, when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- after 24 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to submit proof of continuing disability;
- after 12 months of payments if you are considered to reside outside the United States or Canada. You will be considered to reside outside these countries when you have been outside the United States or Canada for a total period of 6 months or more during any 12 consecutive months of benefits;
- during the first 12 months of disability payments, if your monthly disability earnings exceed 90% of your indexed monthly earnings;
- beyond 12 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings;
- the date you die.

**WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?**

The lifetime cumulative maximum benefit period for all disabilities due to **mental illness** and disabilities based primarily on **self-reported symptoms** is 24 months. Only 24 months of benefits will be paid for any combination of such disabilities even if the disabilities:

- are not continuous; and/or
- are not related.

Unum will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, Unum will continue to send you payments during your confinement.

LTD-BEN-7  (1/1/2015)

If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

## WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- loss of a professional license, occupational license or certification.
- commission of a crime for which you have been convicted.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

## WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

**LTD-BEN-8 (1/1/2015)**

## WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME WITH THE POLICYHOLDER AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between the end of your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months from the end of your prior claim.

Your recurrent disability will be subject to the same terms of the plan as your prior claim and will be treated as a continuation of that disability.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions, including the elimination period.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

**LTD-BEN-9  (1/1/2015)**

# LONG TERM DISABILITY

## OTHER BENEFIT FEATURES

***WHAT BENEFITS WILL BE PROVIDED TO YOU OR YOUR FAMILY IF YOU DIE OR ARE TERMINALLY ILL? (Survivor Benefit)***

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

You may receive your 3 month survivor benefit prior to your death if you have been diagnosed as terminally ill.

We will pay you a lump sum amount equal to 3 months of your gross disability payment if:

- you have been diagnosed with a terminal illness or condition;
- your life expectancy has been reduced to less than 12 months; and
- you are receiving monthly payments.

Your right to exercise this option and receive payment is subject to the following:

- you must make this election in writing to Unum; and
- your physician must certify in writing that you have a terminal illness or condition and your life expectancy has been reduced to less than 12 months.

This benefit is available to you on a voluntary basis and will only be payable once.

If you elect to receive this benefit prior to your death, no 3 month survivor benefit will be payable upon your death.

***WHAT IF YOU ARE NOT IN ACTIVE SERVICE WHEN THE POLICYHOLDER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)***

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active service because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier. Unum will reduce your payment by any amount for which your prior carrier is liable.

LTD-OTR-1  (1/1/2015)

---

**WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN THE POLICYHOLDER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)**

Unum may send a payment if your disability results from a pre-existing condition if, you were:

- in active service and insured under the plan on its effective date; and
- insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2 above, Unum will not make any payments.

If you satisfy Item 1, we will determine your payments according to the Unum plan provisions.

If you only satisfy Item 2, we will administer your claim according to the Unum plan provisions. However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

**HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?**

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program, at our sole discretion. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to active involvement at the agency location or gainful employment in another occupation. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

We will make the final determination of your eligibility for participation in the program.

LTD-OTR-2  (1/1/2015)

We will provide you with a written Rehabilitation and Return to Work Assistance plan developed specifically for you.

The rehabilitation program may include at our sole discretion, but is not limited to, the following services and benefits:

- coordination with the Policyholder to assist you to return to work;
- adaptive equipment or job accommodations to allow you to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

### *WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?*

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $1,000 per month.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income. However, the Total Benefit Cap will apply.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

### *WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?*

Benefits for the Rehabilitation and Return to Work Assistance program will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which monthly payments would stop in accordance with this plan.

### *WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR DEPENDENT CARE EXPENSES TO ENABLE YOU TO PARTICIPATE IN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?*

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, we will pay a Dependent Care Expense Benefit when you are disabled and you:

1. are incurring expenses to provide care for a child under the age of 15; and/or

**LTD-OTR-3  (1/1/2015)**

2.  start incurring expenses to provide care for a child age 15 or older or a family member who needs personal care assistance.

The payment of the Dependent Care Expense Benefit will begin immediately after you start Unum's Rehabilitation and Return to Work Assistance program.

Our payment of the Dependent Care Expense Benefit will:

1.  be $350 per month, per **dependent**; and
2.  not exceed $1,000 per month for all dependent care expenses combined.

To receive this benefit, you must provide satisfactory proof that you are incurring expenses that entitle you to the Dependent Care Expense Benefit.

Dependent Care Expense Benefits will end on the earlier of the following:

1.  the date you are no longer incurring expenses for your dependent;
2.  the date you no longer participate in Unum's Rehabilitation and Return to Work Assistance program; or
3.  any other date payments would stop in accordance with this plan.

**LTD-OTR-4  (1/1/2015)**

## OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

### IS THERE A WORK LIFE ASSISTANCE PROGRAM AVAILABLE WITH THE PLAN?

We do provide you and your dependents access to a work life assistance program designed to assist you with problems of daily living.

You can call and request assistance for virtually any personal or professional issue, from helping find a day care or transportation for an elderly parent, to researching possible colleges for a child, to helping to deal with the stress of the workplace. This work life program is available for everyday issues as well as crisis support.

This service is also available to the Policyholder.

This program can be accessed by a 1-800 telephone number available 24 hours a day, 7 days a week or online through a website.

Information about this program can be obtained through your Allstate Benefits Center.

### HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to return to active service. One of our designated professionals will assist you to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

### HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

SERVICES-1  (1/1/2015)

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

---

SERVICES-2 (1/1/2015)

Claimant Name: Timothy  Cooney     Claim #:  10923945

# GLOSSARY

**ACTIVE SERVICE means:**

- you are working under an Exclusive Independent Contractor agreement with the Policyholder;
- you are actively involved in the conduct of business at the agency location; and
- you are performing the material and substantial duties of your regular occupation.

**ANNUAL ENROLLMENT PERIOD means a period of time before the beginning of each plan year.**

**DEDUCTIBLE SOURCES OF INCOME means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.**

**DEPENDENT means:**

- your child(ren) under the age of 15; and
- your child(ren) age 15 or over or a family member who requires personal care assistance.

**DISABILITY EARNINGS means the earnings which you receive while you are disabled including, but not limited to, commissions (renewal and otherwise) and eligible compensation as defined by Allstate Insurance Company received during a period of disability, regardless of whether you are working or not, plus the earnings you could receive if you were working to your maximum capacity.**

**ELIMINATION PERIOD means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.**

**EVIDENCE OF INSURABILITY means a statement of your medical history which Unum will use to determine if you are approved for coverage. Evidence of insurability will be at Unum's expense.**

**EXCLUSIVE INDEPENDENT CONTRACTOR means:**

- a person who is contracted under one of the following agreements with the Policyholder:

Allstate R3001 Exclusive Agency Agreement
Allstate R3001S Exclusive Agency Agreement
Allstate R3001 N.J. Exclusive Agency Agreement; or
Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement; or

- a person who is identified as a Key Person under one of the following agreements:

Allstate R3001A Exclusive Agency Agreement
Allstate R3001C Exclusive Agency Agreement
Allstate R3001A N.J. Exclusive Agency Agreement; or
Allstate L2000C Exclusive Financial Specialist Independent Contractor Agreement.

GLOSSARY-1  (1/1/2015)

**GAINFUL OCCUPATION** means an occupation that is or can be expected to provide you with an income at least equal to your gross disability payment within 12 months of your return to work.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-U) is published by the U.S. Department of Labor. Unum reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-U.

Indexing is only used as a factor in the determination of the percentage of lost earnings while you are disabled and working and in the determination of gainful occupation.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

- during the first 24 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.
- beyond 24 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MEMBER** means an Exclusive Independent Contractor who is in active service in the United States with the Policyholder.

GLOSSARY-2  (1/1/2015)

**MENTAL ILLNESS** means a psychiatric or psychological condition classified in the Diagnostic and Statistical Manual of Mental Health Disorders (DSM), published by the American Psychiatric Association, most current as of the start of a disability.  Such disorders include, but are not limited to, psychotic, emotional or behavioral disorders, or disorders relatable to stress.  If the DSM is discontinued or replaced, these disorders will be those classified in the diagnostic manual then used by the American Psychiatric Association as of the start of a disability.

**MONTHLY BENEFIT** means the total benefit amount for which a member is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly eligible compensation from the Policyholder as defined in the Long Term Disability Benefit Information section of the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**POLICYHOLDER** means the Allstate Insurance Company to whom the policy is issued.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

*Claimant Name: Timothy   Cooney      Claim #:   10923945*

**REGULAR CARE means:**

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**SELF-REPORTED SYMPTOMS** means the manifestations of your condition which you tell your physician, that are not verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

**SICKNESS** means an illness or disease.  Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**TOTAL COVERED PAYROLL** means the total amount of monthly earnings for which members are insured under this plan.

**WE, US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means a member who is eligible for Unum coverage.

GLOSSARY-4  (1/1/2015)

**Additional Claim and Appeal Information**

### APPLICABILITY OF ERISA

If this policy provides benefits under a Plan which is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the following provisions apply. Whether a Plan is governed by ERISA is determined by a court, however, the Policyholder may have information related to ERISA applicability. If ERISA applies, the following items constitute the Plan: the additional information contained in this document, the policy, including your certificate of coverage, and any additional summary plan description information provided by the Plan Administrator. Benefit determinations are controlled exclusively by the policy, your certificate of coverage, and the information in this document.

### HOW TO FILE A CLAIM

If you wish to file a claim for benefits, you should follow the claim procedures described in your insurance certificate. To complete your claim filing, Unum must receive the claim information it requests from you (or your authorized representative), your attending physician and the Policyholder. If you or your authorized representative has any questions about what to do, you or your authorized representative should contact Unum directly.

### CLAIMS PROCEDURES

Unum will give you notice of the decision no later than 45 days after the claim is filed. This time period may be extended twice by 30 days if Unum both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies you of the circumstances requiring the extension of time and the date by which Unum expects to render a decision. If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days within which to provide the specified information. If you deliver the requested information within the time specified, any 30 day extension period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your claim without that information.

If your claim for benefits is wholly or partially denied, the notice of adverse benefit determination under the Plan will:

- state the specific reason(s) for the determination;

- reference specific Plan provision(s) on which the determination is based;

- describe additional material or information necessary to complete the claim and why such information is necessary;

- describe Plan procedures and time limits for appealing the determination, and your right to obtain information about those procedures and the right to bring a lawsuit under Section 502(a) of ERISA following an adverse determination from Unum on appeal; and

ADDLINFO-1  (1/1/2015)

- disclose any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or state that such information will be provided free of charge upon request).

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

## APPEAL PROCEDURES

You have 180 days from the receipt of notice of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the claim denial. A decision on review will be made not later than 45 days following receipt of the written request for review. If Unum determines that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total). Unum will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days to provide the specified information. If you deliver the requested information within the time specified, the 45 day extension of the appeal period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, Unum will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, Unum will provide you with the names of each such expert, regardless of whether the advice was relied upon.

A notice that your request on appeal is denied will contain the following information:

- the specific reason(s) for the determination;

- a reference to the specific Plan provision(s) on which the determination is based;

- a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);

ADDLINFO-2  (1/1/2015)

- a statement describing your right to bring a lawsuit under Section 502(a) of ERISA if you disagree with the decision;

- the statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and

- the statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency".

Notice of the determination may be provided in written or electronic form.  Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

## OTHER RIGHTS

Unum, for itself and as claims fiduciary for the Plan, is entitled to legal and equitable relief to enforce its right to recover any benefit overpayments caused by your receipt of deductible sources of income from a third party.  This right of recovery is enforceable even if the amount you receive from the third party is less than the actual loss suffered by you but will not exceed the benefits paid you under the policy.  Unum and the Plan have an equitable lien over such sources of income until any benefit overpayments have been recovered in full.

## DISCRETIONARY ACTS

The Plan, acting through the Plan Administrator, delegates to Unum and its affiliate Unum Group discretionary authority to make benefit determinations under the Plan.  Unum and Unum Group may act directly or through their employees and agents or further delegate their authority through contracts, letters or other documentation or procedures to other affiliates, persons or entities.  Benefit determinations include determining eligibility for benefits and the amount of any benefits, resolving factual disputes, and interpreting and enforcing the provisions of the Plan.  All benefit determinations must be reasonable and based on the terms of the Plan and the facts and circumstances of each claim.

Once you are deemed to have exhausted your appeal rights under the Plan, you have the right to seek court review under Section 502(a) of ERISA of any benefit determinations with which you disagree.  The court will determine the standard of review it will apply in evaluating those decisions.

ADDLINFO-3  (1/1/2015)

Claimant Name: Timothy  Cooney     Claim #:  10923945

## Unum's Commitment to Privacy

Unum understands your privacy is important. We value our relationship with you and are committed to protecting the confidentiality of nonpublic personal information (NPI). This notice explains why we collect NPI, what we do with NPI and how we protect your privacy.

**Collecting Information**
We collect NPI about our customers to provide them with insurance products and services. This may include telephone number, address, date of birth, occupation, income and health history. We may receive NPI from your applications and forms, medical providers, other insurers, employers, insurance support organizations, and service providers.

**Sharing Information**
We share the types of NPI described above primarily with people who perform insurance, business, and professional services for us, such as helping us pay claims and detect fraud. We may share NPI with medical providers for insurance and treatment purposes. We may share NPI with an insurance support organization. The organization may retain the NPI and disclose it to others for whom it performs services. In certain cases, we may share NPI with group policyholders for reporting and auditing purposes. We may share NPI with parties to a proposed or final sale of insurance business or for study purposes. We may also share NPI when otherwise required or permitted by law, such as sharing with governmental or other legal authorities. *When legally necessary, we ask your permission before sharing NPI about you.* Our practices apply to our former, current and future customers.

*Please be assured we do not share your health NPI to market any product or service.* We also do not share any NPI to market non-financial products and services. For example, we do not sell your name to catalog companies.

The law allows us to share NPI as described above (except health information) with affiliates to market financial products and services. The law does not allow you to restrict these disclosures. We may also share with companies that help us market our insurance products and services, such as vendors that provide mailing services to us. We may share with other financial institutions to jointly market financial products and services. *When required by law, we ask your permission before we share NPI for marketing purposes.*

When other companies help us conduct business, we expect them to follow applicable privacy laws. We do not authorize them to use or share NPI except when necessary to conduct the work they are performing for us or to meet regulatory or other governmental requirements.

Unum companies, including insurers and insurance service providers, may share NPI about you with each other. The NPI might not be directly related to our transaction or experience with you. It may include financial or other personal information such as employment history. Consistent with the Fair Credit Reporting Act, we ask your permission before sharing NPI that is not directly related to our transaction or experience with you.

**Safeguarding Information**
We have physical, electronic and procedural safeguards that protect the confidentiality and security of NPI. We give access only to employees who need to know the NPI to provide insurance products or services to you.

GLB-1  (1/1/2015)

*Claimant Name: Timothy   Cooney        Claim #:   10923945*

**Access to Information**
You may request access to certain NPI we collect to provide you with insurance products and services. You must make your request in writing and send it to the address below. The letter should include your full name, address, telephone number and policy number if we have issued a policy. If you request, we will send copies of the NPI to you. If the NPI includes health information, we may provide the health information to you through a health care provider you designate. We will also send you information related to disclosures. We may charge a reasonable fee to cover our copying costs.

This section applies to NPI we collect to provide you with coverage. It does not apply to NPI we collect in anticipation of a claim or civil or criminal proceeding.

**Correction of Information**
If you believe NPI we have about you is incorrect, please write to us. Your letter should include your full name, address, telephone number and policy number if we have issued a policy. Your letter should also explain why you believe the NPI is inaccurate. If we agree with you, we will correct the NPI and notify you of the correction. We will also notify any person who may have received the incorrect NPI from us in the past two years if you ask us to contact that person.

If we disagree with you, we will tell you we are not going to make the correction. We will give you the reason(s) for our refusal. We will also tell you that you may submit a statement to us. Your statement should include the NPI you believe is correct. It should also include the reason(s) why you disagree with our decision not to correct the NPI in our files. We will file your statement with the disputed NPI. We will include your statement any time we disclose the disputed NPI. We will also give the statement to any person designated by you if we may have disclosed the disputed NPI to that person in the past two years.

**Coverage Decisions**
If we decide not to issue coverage to you, we will provide you with the specific reason(s) for our decision. We will also tell you how to access and correct certain NPI.

**Contacting Us**
For additional information about Unum's commitment to privacy and to view a copy of our HIPAA Privacy Notice, please visit www.unum.com/privacy or www.coloniallife.com or write to: Privacy Officer, Unum, 2211 Congress Street, C476, Portland, Maine 04122. We reserve the right to modify this notice. We will provide you with a new notice if we make material changes to our privacy practices.

Unum is providing this notice to you on behalf of the following insuring companies: Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, Colonial Life & Accident Insurance Company, The Paul Revere Life Insurance Company and The Paul Revere Variable Annuity Insurance Company.

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.

MK-1883 (2-11)

GLB-2  (1/1/2015)

Claimant Name: Timothy  Cooney     Claim #:   10923945

## NOTICE OF PROTECTION PROVIDED BY
## MISSISSIPPI LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

This notice provides a brief summary of the Mississippi Life and Health Insurance Guaranty Association (the "Association") and the protection it provides for policyholders. This safety net was created under Mississippi law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, annuity or health insurer becomes financially unable to meet its obligations.  If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Mississippi law, with funding from assessments paid by other insurance companies.

The maximum amount of protection with respect to any one (1) life, regardless of the number of policies or contracts, is:

- Life Insurance
  - $300,000 in death benefits
  - $100,000 in net cash surrender and net cash withdrawal values

- Health Insurance
  - $500,000 in basic hospital, medical and surgical or major medical benefits
  - $300,000 in disability benefits
  - $100,000 in long term care insurance benefits
  - $100,000 in other types of health insurance benefits

- Annuities
  - $100,000 in net cash surrender and net cash withdrawal values

The Association may not cover this policy.  If coverage is provided, it will be subject to substantial limitations and exclusions, and require continued residency in Mississippi. You should not rely on coverage by the Association when selecting an insurer.

To learn more about the above protections, limitations and exclusions, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.mslifega.org or contact:

**Mississippi Life and Health Insurance**          **Mississippi Insurance Department**
**Guaranty Association**                           **Woolfolk Building**
**330 North Mart Plaza**                           **501 N. West Street, Suite 1001**
**Jackson, MS 39206-5327**                         **Jackson, MS 39201**
**601-981-0755**                                   **601-359-3569**

To file a complaint or seek information about the financial condition of an insurer, contact the Mississippi Insurance Department.

Your insurer is required by law to provide you with this notice.  However, insurance companies and their agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation or inducement to purchase any form of insurance.

## NOTICE OF PROTECTION PROVIDED BY
## ILLINOIS LIFE AND HEALTH INSURANCE

GUAR-1  (1/1/2015)

*Claimant Name:  Timothy  Cooney       Claim #:   10923945*

## GUARANTY ASSOCIATION

This notice provides a **brief summary** description of the Illinois Life and Health Insurance Guaranty Association (the "Association") and the protection it provides for policyholders. This safety net was created under Illinois law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your member life, annuity or health insurance company becomes financially unable to meet its obligations and is placed in Receivership by the Insurance Department of the state in which the company is domiciled. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Illinois law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association per insolvency are:

- Life Insurance
    - $300,000 in death benefits
    - $100,000 in cash surrender or withdrawal values
- Health Insurance
    - $500,000 in hospital, medical and surgical insurance benefits*
    - $300,000 in disability insurance benefits
    - $300,000 in long term care insurance benefits
    - $100,000 in other types of health insurance benefits
- Annuities
    - $250,000 in withdrawal and cash values

*The maximum amount of protection for each individual, regardless of the number of policies or contracts, is $300,000, except special rules apply to hospital, medical and surgical insurance benefits, the maximum amount that will be paid is $500,000.

**NOTE: Certain policies and contracts may not be covered or fully covered.** For example, coverage does not extend to any portion of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. There are also residency requirements and other limitations under Illinois law.

To learn more about these protections, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.ilhiga.org, or contact:

Illinois Life and Health Insurance Guaranty Association
1520 Kensington Road, Suite 112
Oak Brook, Illinois  60523-2140
(773) 714-8050

Illinois Department of Insurance
4th Floor
320 West Washington Street,
Springfield, Illinois 62767
(217) 782-4515

**Insurance companies and agents are not allowed by Illinois law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely**

GUAR-2  (1/1/2015)

Claimant Name: Timothy  Cooney      Claim #:  10923945

on Association coverage.  If there is any inconsistency between this notice and
Illinois law, then Illinois law will control.

---

GUAR-3  (1/1/2015)

*Claimant Name: Timothy  Cooney      Claim #:  10923945*